FOLSE, ERIC D. AND DAWN                               09-12149

## THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

| Case | Debtor |
|---|---|
| 09-12149 JAB | FOLSE, ERIC D. |
| 92000254573866 | FOLSE, DAWN M |
| COMBINED SMALL CHECK | |

VOID AFTER 90 DAYS        112
60-249 / 433
TID #380380                35
WILBUR J. (BILL) BABIN, JR.    12422

Date    07/21/2010        $ ***********1.44

~~~One Dollar and 44/100

Pay to the Order of:
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans LA 70130-3386

WILBUR J. (BILL) BABIN, JR., Trustee

⑈000000112⑈ ⑆043302493⑆ 92000254573866⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227485    - KW
* * C O P Y * *
August 09, 2010
14:54:32

UNC.UNDER$25
09-12149

Debtor.: ERIC D. FOLSE
Trustee: Wilbur Babin, Jr.
Amount.:               $1.44 CH
Check#.: 112

Total-> $1.44

FROM: BABIN

Aug. 9, 2010
Deposited to TREASURY
Account 106000

Due:
PYOD, LLC, ITS SUCCESSORS
AND ASSIGNS AS ASSIGNEE
OF CITIBANK

CV.